**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-7319**

---

DON C. NEWBY,

        Plaintiff - Appellant,

    v.

J. R. BROOKS, Officer, Individually and in his Official Capacity, Suffolk Police Department,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:16-cv-00944-JAG)

---

Submitted: January 30, 2018              Decided: February 2, 2018

---

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Don Cornelius Newby, Appellant Pro Se. Emily Paige Bishop, Jeremy David Capps, HARMAN CLAYTOR CORRIGAN & WELLMAN, P.C., Glen Allen, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don C. Newby appeals the district court's order granting Defendant's motion to dismiss Newby's 42 U.S.C. § 1983 (2012) action alleging the Defendant violated his Fourth Amendment rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Newby v. Brooks*, No. 3:16-cv-00944-JAG (E.D. Va. Sept. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*